

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

**JOHN L. HILL**
**ATTORNEY GENERAL**

November 2, 1973

The Honorable Dan R. Beck
County Attorney
Fayette County Courthouse
La Grange, Texas 78945

Opinion No. H- 142

Re: Whether, in developing
land along the Colorado
River, it is necessary to
provide for public access
at any stated interval.

Dear Mr. Beck:

Your request for an opinion asks:

Is it necessary to grant public access to
the Colorado River every two miles?

Article 6703, Vernon's Texas Civil Statutes, provides in part:

"The commissioners court shall order
the laying out and opening of public roads when
necessary . . . . "

The question of whether any particular road is necessary in the public
interest is for the Commissioners Court to determine. Tarrant County
v. Shannon, et ux, 129 Tex. 264, 104 S. W. 2d 4 (Tex. 1937). The only
restriction is that the determination be reasonable.

The Commissioners Court of Fayette County is not legally required
to furnish access roads to the Colorado River every two miles unless it
is determined to be factually necessary.

### SUMMARY

A Commissioners Court may grant public access to a
river every two miles, but there is no legal requirement
that it do so unless it finds the road to be "necessary".

Very truly yours,

JOHN L. HILL
Attorney General of Texas

p. 675

APPROVED:

LARRY F. YORK,  First Assistant

DAVID M.  KENDALL,  Chairman
Opinion Committee